# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hummel, Christian F. | United States District Court N.Y. Northern District | 07/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | New York State Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State University of New York Wages | $1,146.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank | A | Interest | M | T | | | | | |
| 2. S.E.F.C.U. Account | A | Interest | K | T | | | | | |
| 3. Capital One Bank (Savings) | A | Interest | K | T | | | | | |
| 4. Trustco Bank Account | A | Interest | L | T | | | | | |
| 5. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. Capital One Bank IRA Account (Header) | | | | | | | | | |
| 7. - T Rowe Price 2025 Retmt Fund | B | Int./Div. | K | T | | | | | |
| 8. - Cash Account | A | Interest | K | T | | | | | |
| 9. I.R.A. Account #1 (Header) | | | | | | | | | |
| 10. - SunAmerica Dynamic Allocation | C | Int./Div. | | | Sold | 10/30/20 | L | D | |
| 11. - SunAmerica Dynamic Strategy | C | Int./Div. | | | Sold | 10/30/20 | L | D | |
| 12. - Secure Value Account SA American Funds Fixed Interest | B | Int./Div. | | | Sold | 10/30/20 | K | B | |
| 13. Brokerage Account #1 (Header) | | | | | | | | | |
| 14. - SEI Large Cap Growth | A | Int./Div. | J | T | Sold (part) | 04/06/20 | J | A | |
| 15. - SEI Large Cap Value | A | Int./Div. | J | T | Sold (part) | 04/06/20 | J | A | |
| 16. - SEI Sm Cap Growth | A | Int./Div. | J | T | Sold (part) | 04/06/20 | J | A | |
| 17. - SEI Sm Cap Value | A | Int./Div. | J | T | Sold (part) | 04/13/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - SEI Intl Equity | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 19.   - SEI Emerging Markets Equity | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 20.   - SEI Core Fixed Income | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 21.   - SEI Hi Yield Bond Fund | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 22.   - SEI Intl Fixed Income | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 23.   - SEI Emerging Markets Debt | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 24.   - SEI Government Fund | A | Int./Div. | J | T | | | | | |
| 25.   Legg Mason Global Asset (Roth IRA)<br>(Header) | | | | | | | | | |
| 26.   - Legg Mason Lifestyle / Moderate<br>Allocation | A | Int./Div. | J | T | | | | | |
| 27.   IRA Account #2 (Madison/SEI) (Header) | | | | | | | | | |
| 28.   - SEI Large Cap | C | Int./Div. | | | Sold | 06/25/20 | M | B | |
| 29.   - SEI Small Cap | B | Int./Div. | | | Sold | 06/25/20 | K | B | |
| 30.   - SEI Intl Equity | A | Int./Div. | | | Sold | 06/25/20 | K | B | |
| 31.   - SEI Emerging Markets Equity | A | Int./Div. | | | Sold | 06/25/20 | K | B | |
| 32.   - SEI Hi Yield Bond | B | Int./Div. | | | Sold | 06/25/20 | K | C | |
| 33.   - SEI Emerging Markets Debt | A | Int./Div. | | | Sold | 06/25/20 | J | B | |
| 34.   - SEI Dynamic Asset | A | Int./Div. | | | Sold | 06/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    - SEI Multi-Asset | B | Int./Div. | | | Sold | 06/25/20 | K | C | |
| 36.    - SEI Core Fixed Income Fund | A | Interest | | | Sold | 06/25/20 | J | A | |
| 37.    - SEI Government Fund | A | Int./Div. | K | T | | | | | |
| 38.    - Total Bond Market ETF | B | Interest | | | Sold | 06/29/20 | L | B | |
| 39.    - FTSE Developed Markets | B | Int./Div. | L | T | Buy<br>(add'l) | 11/11/20 | K | | |
| 40. | | | | | Buy<br>(add'l) | 06/29/20 | K | | |
| 41.    - Invesco S&P 500 Equal Weight | A | Int./Div. | J | T | Buy | 12/18/20 | J | | |
| 42.    - Invesco Senior Loan ETF | A | Int./Div. | J | T | Buy | 11/11/20 | J | | |
| 43.    - Van Eck Vectors JPM Loc Curr Bond | B | Int./Div. | J | T | Buy | 06/29/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 45.    - Vanguard S-T Inflation Protected Sec | B | Int./Div. | K | T | Buy | 06/29/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 11/11/20 | K | | |
| 47.    - Schwab US Large Cap | B | Int./Div. | M | T | Buy | 06/29/20 | K | | |
| 48. | | | | | Sold<br>(part) | 12/18/20 | K | B | |
| 49.    - Schwab US Small Cap | A | Int./Div. | K | T | Buy | 06/29/20 | J | | |
| 50.    - Vanguard FTSE Emerging Markets ETF | A | Int./Div. | K | T | Buy | 06/29/20 | J | | |
| 51.    - JP Morgan USD Emerging Markets Bond | A | Int./Div. | J | T | Buy | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - SPDR Bloomberg Barclays HY Bond | A | Int./Div. | | | Buy | 06/29/20 | J | | |
| 53. | | | | | Sold | 08/19/20 | J | A | |
| 54.   - Vanguard Total Bond Market ETF | B | Int./Div. | L | T | Buy | 06/29/20 | L | | |
| 55.   - Xtrackers USD HY Corp Bond ETF | A | Int./Div. | K | T | Buy | 08/19/20 | J | | |
| 56.   Jackson National Life Annuity (IRA) (Header) | | | | | | | | | |
| 57.   - PPM America Total Return | A | Int./Div. | K | T | | | | | |
| 58.   - Vanguard US StkMktIndx | C | Int./Div. | L | T | | | | | |
| 59.   - Double Line CAPE | B | Int./Div. | K | T | | | | | |
| 60.   - Morningstar Wide Moat | A | Int./Div. | K | T | | | | | |
| 61.   - AQR Large Cap Rlxd CnstEq | A | Int./Div. | | | Sold | 08/04/20 | K | B | |
| 62.   - AQR LgCap Def Style | A | Int./Div. | K | T | Buy | 08/04/20 | K | | |
| 63.   - JP Morgan US Govt | B | Int./Div. | K | T | | | | | |
| 64.   - MC Equity Income | A | Int./Div. | K | T | | | | | |
| 65.   - MC Real Estate Sector | A | Dividend | K | T | | | | | |
| 66.   - T Rowe Price Est Growth | A | Dividend | J | T | | | | | |
| 67.   - Vanguard Intl Stk Mkt Index | B | Dividend | L | T | | | | | |
| 68.   - RAFI Fund Asia Dev | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - GQG Emerg Mkts Eq | A | Dividend | K | T | | | | | |
| 70.   - WCM Focused Intl Equity | A | Dividend | K | T | | | | | |
| 71.   IRA Account #3 (SEI/Madison) (Header) | | | | | | | | | |
| 72.   - Alphabet A | | None | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 73.   - Analog Devices | A | Dividend | J | T | | | | | |
| 74.   - Auto Zone | | None | J | T | | | | | |
| 75.   - Becton Dickinson | A | Dividend | J | T | | | | | |
| 76.   - CME Group | A | Dividend | J | T | | | | | |
| 77.   - Colgate Palmoloive | A | Dividend | J | T | | | | | |
| 78.   - Ecolab Inc. | A | Dividend | J | T | | | | | |
| 79.   - FactSet Research | A | Dividend | J | T | | | | | |
| 80.   - Graco Inc. | A | Dividend | J | T | | | | | |
| 81.   - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 82.   - Lindle PLC | A | Dividend | J | T | | | | | |
| 83.   - Lowe's Cos. | A | Dividend | J | T | | | | | |
| 84.   - Mastercard Inc. | A | Dividend | J | T | | | | | |
| 85.   - Mettler Toledo Intl. | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 87.   - Middleby Corp. | | None | J | T | | | | | |
| 88.   - Moody's Corp. | A | Dividend | J | T | | | | | |
| 89.   - MSCI Inc. | A | Dividend | J | T | | | | | |
| 90.   - Nike Inc. | A | Dividend | J | T | | | | | |
| 91.   - Oracle Corp. | A | Dividend | J | T | | | | | |
| 92.   - PepsiCo Inc. | A | Dividend | J | T | | | | | |
| 93.   - Sherwin Williams | A | Dividend | J | T | | | | | |
| 94.   - TJX Cos. | A | Dividend | J | T | | | | | |
| 95.   - UnitedHeath Group | A | Dividend | J | T | | | | | |
| 96.   - United Technologies | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 97.   - US Bancorp | A | Dividend | J | T | | | | | |
| 98.   - Varian Medical Systems | | None | J | T | Sold<br>(part) | 08/25/20 | J | A | |
| 99.   - Acceleron Pharma Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 100.  - Addus HomeCare | | None | J | T | | | | | |
| 101.  - Altra Industrial | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 102.  - Amedisys Inc. | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - American Homes 4 Rent | A | Dividend | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 104. | | | | | Sold | 12/09/20 | J | A | |
| 105.   - AO Smith Corp. | A | Dividend | | | Sold | 11/24/20 | J | A | |
| 106.   - Apartment Invest Mgmt. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 107.   - Appolo Comm Real Estate | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 108.   - Apple Hospitality REIT Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 109.   - Armstrong World | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 110.   - Ashland Global Holdings | A | Dividend | | | Sold | 09/16/20 | J | A | |
| 111.   - Avery Dennison Corp. | A | Dividend | J | T | | | | | |
| 112.   - Balchem Corp | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 113.   - Bancorp South Bank | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 114.   - Bank United Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 115.   - Box Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 116.   - Boyd Gaming Corp. | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 117.   - Brandywine Realty Trust | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 118.   - Bruker Corp. | A | Dividend | J | T | | | | | |
| 119.   - Burlington Stores | | None | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Cactus Inc. | A | Dividend | J | T | | | | | |
| 121.  - Cantel Medical | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 122.  - Cathay General Bancorp | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 123.  - Charles River Laboratories | | None | | | Sold | 12/09/20 | J | A | |
| 124.  - Chemed Corp. | A | Dividend | J | T | | | | | |
| 125.  - Chemours Co. | A | Dividend | J | T | Buy<br>(add'l) | 08/04/20 | J | | |
| 126.  - Childrens Place | A | Dividend | J | T | Buy<br>(add'l) | 09/16/20 | J | | |
| 127.  - Chimera Investment | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 128.  - Choice Hotels | A | Dividend | J | T | | | | | |
| 129.  - Cimpress NV | | None | | | Sold | 07/08/20 | J | A | |
| 130.  - Cogent Communications | A | Dividend | J | T | | | | | |
| 131.  - Columbia Property Trust | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 132.  - CoreSite Realty | A | Dividend | | | Sold | 10/27/20 | J | A | |
| 133.  - Coupa Software | | None | J | T | Sold<br>(part) | 07/08/20 | J | A | |
| 134. | | | | | Sold<br>(part) | 07/23/20 | J | A | |
| 135.  - Dorman Products | | None | | | Sold | 07/08/20 | J | A | |
| 136.  - Dycom Industries | | None | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. - Element Solutions Inc. | | None | J | T | | | | | |
| 138. - Energizer Holdings | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 139. - EnerSys | A | Dividend | J | T | | | | | |
| 140. - First Financial Bancshares | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 141. - First Hawaiian Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 142. - First Interstate Bank | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 143. - Five Below Inc. | | None | J | T | | | | | |
| 144. - Flagstar Bancorp Inc. | A | Dividend | J | T | | | | | |
| 145. - Floor & Decor Holdings | | None | J | T | | | | | |
| 146. - FNB Corp/PA | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 147. - FNB Corp/PA | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 148. - Global Net Lease | A | Dividend | J | T | | | | | |
| 149. - Globe Life Inc. | A | Dividend | J | T | | | | | |
| 150. - Hawaiian Electric | A | Dividend | J | T | | | | | |
| 151. - Helmerich & Payne | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 152. - Heron Therapeutics | | None | | | Sold | 07/08/20 | J | A | |
| 153. - Highwoods Properties | A | Dividend | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - Hill-Rom Holdings | A | Dividend | | | Sold | 10/14/20 | J | A | |
| 155.   - Hyatt Hotels Corp. | A | Dividend | J | T | | | | | |
| 156.   - Iberiabank Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 157.   - Innoviva Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 158.   - iRythm Technologies | | None | | | Sold | 09/01/20 | J | A | |
| 159.   - Jefferies Financial Group | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 160.   - Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 161.   - Laureate Education Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 162.   - LGI Homes Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 163.   - Manhattan Associates | | None | | | Sold | 11/24/20 | J | A | |
| 164.   - MEDNAX Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 165.   - Monolithic Power Systems | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 166.   - National Instruments | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 167.   - Neogen Corp. | | None | J | T | | | | | |
| 168.   - NetScout Systems Inc. | | | | | Sold | 07/08/20 | J | A | |
| 169.   - Nordstrom Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 170.   - Old National Bancorp. | A | Dividend | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   - Oxford Industries Inc. | A | Dividend | J | T | | | | | |
| 172.   - Pacira Biosciences | | None | J | T | | | | | |
| 173.   - Paramount Group Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 174.   - PBF Energy Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 175.   - Penn National Gaming | | None | J | T | | | | | |
| 176.   - People's United Financial | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 177.   - Perkin Elmer Inc. | A | Dividend | J | T | Buy<br>(add'l) | 09/08/20 | J | | |
| 178. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 179.   - Piedmont Office Realty | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 180.   - Pinnacle West Capital | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 181.   - Potlatch Deltic | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 182.   - Premier Inc. | | None | J | T | | | | | |
| 183.   - ProAssurance Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 184.   - Progress Software | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 185.   - Prosperity Bancshares | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 186.   - Pure Storage Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 187.   - Renewable Energy Group | | None | | | Sold | 07/08/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Rollins Inc. | A | Dividend | J | T | Sold<br>(part) | 11/24/20 | J | A | |
| 189. | | | | | Sold<br>(part) | 12/09/20 | J | A | |
| 190.  - Sealed Air Corp | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 191.  - Seattle Genetics | | None | J | T | Sold<br>(part) | 07/08/20 | J | A | |
| 192. | | | | | Sold<br>(part) | 07/23/20 | J | A | |
| 193.  - Simpson Manufacturing | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 194.  - SiteOne Landscape Supply | | None | J | T | | | | | |
| 195.  - South State Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 196.  - Spirit Realty Capital | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 197.  - SPS Commerce | | None | | | Sold | 07/08/20 | J | A | |
| 198.  - Steris PLC | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 199.  - Texas Roadhouse | A | Dividend | | | Sold | 11/24/20 | J | A | |
| 200.  - Toll Brothers Inc. | A | Dividend | J | T | | | | | |
| 201.  - Trimble Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 202.  - Trustmark Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 203.  - UMB Financial Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 204.  - Umpqua Holdings Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.   - United Bancshares Inc/WV | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 206.   - United Natural Foods | | None | J | T | Buy<br>(add'l) | 07/08/20 | J | | |
| 207.   - Univar Solutions Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 208.   - Urban Outfitters Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 209.   - US Physical Therapy | A | Dividend | J | T | | | | | |
| 210.   - Valmont Industries Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 211.   - Varonis Systems | | None | J | T | | | | | |
| 212.   - Warrier Met Coal Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 213.   - Washington Federal Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 214.   - Watts Water Technologies | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 215.   - West Pharmaceuticals | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 216.   - Wyndham Hotels & Resorts | A | Dividend | J | T | | | | | |
| 217.   - Yelp Inc. | | None | | | Sold | 07/08/20 | J | A | |
| 218.   - Zendesk Inc. | | None | J | T | | | | | |
| 219.   - Zions Bancorp | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 220.   - Aberdeen Global Dynamic | A | Dividend | J | T | | | | | |
| 221.   - Aberdeen Global Premier Properties | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. - Aberdeen Toatl Dynamic Dividends | A | Dividend | J | T | | | | | |
| 223. - Advent Claymore Conv Sec | A | Dividend | J | T | | | | | |
| 224. - AllianzGI Equity & Conv | A | Dividend | J | T | | | | | |
| 225. - AllianzGI Nfj Dividend Int | A | Dividend | J | T | | | | | |
| 226. - Apollo Senior Floating Rate | A | Dividend | J | T | | | | | |
| 227. - Black Rock Credit Allocation | B | Dividend | | | Sold | 02/07/20 | J | A | |
| 228. | | | J | T | Buy<br>(add'l) | 02/12/20 | J | | |
| 229. | | | J | T | Buy<br>(add'l) | 08/19/20 | J | | |
| 230. - Balck Rock Debt Strategies | A | Dividend | J | T | | | | | |
| 231. - Blackrock Resources & Commodities | A | Dividend | J | T | | | | | |
| 232. - Brandywine Global Income | A | Dividend | J | T | Sold<br>(part) | 09/28/20 | J | A | |
| 233. | | | | | Sold<br>(part) | 10/28/20 | J | A | |
| 234. - CBRE Clarion Global RE | A | Dividend | J | T | | | | | |
| 235. - Clough Global Equity | A | Dividend | J | T | | | | | |
| 236. - Duff & Phelps Global Utility | A | Dividend | J | T | | | | | |
| 237. - General American Investors | A | Dividend | J | T | | | | | |
| 238. - Nuveen Real Asset | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  - Pgim Glb Sht Duration Hi Yield | A | Dividend | J | T | | | | | |
| 240.  - Pgim Short Duration Hi Yield | A | Dividend | J | T | | | | | |
| 241.  - River North Double Line Strategic Opp | A | Dividend | J | T | | | | | |
| 242.  - Royce Micro Cap | A | Dividend | J | T | | | | | |
| 243.  - Royce Value Trust | A | Dividend | J | T | | | | | |
| 244.  - Tri-Continental Corp. | A | Dividend | J | T | | | | | |
| 245.  - Wells Fargo Global Div | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 246.  - AGNC Investment Corp. | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 247. | | | | | Sold | 12/02/20 | J | A | |
| 248.  - Altria Group Inc. | A | Dividend | J | T | | | | | |
| 249.  - Ameren Corp. | A | Dividend | | | Sold | 09/08/20 | J | A | |
| 250.  - Amerisource Bergen | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 251.  - Anthem Inc. | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 252.  - Apple Hospitaliy REIT | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 253.  - Archer Daniels Midland | A | Dividend | J | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 254. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 255.  - A T & T Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - Baxter International | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 257. - Bristol Myers Squibb | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 258. - Brixmor Property Group | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 259. - Cardinal Health | A | Dividend | | | Sold | 09/08/20 | J | A | |
| 260. - Center Point Energy | A | Dividend | J | T | | | | | |
| 261. - Chemed Corp. | A | Dividend | J | T | | | | | |
| 262. - Chimera Investment | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 263. - Church & Dwight Inc. | A | Dividend | J | T | Buy (add'l) | 05/29/20 | J | | |
| 264. - Cigna Corp. | A | Dividend | J | T | | | | | |
| 265. - Clorox Co. | A | Dividend | J | T | | | | | |
| 266. - Colgate Palmolive | A | Dividend | J | T | | | | | |
| 267. - Consolidated Edison | A | Dividend | J | T | | | | | |
| 268. - Corporate Office Properties Trust | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 269. - Davita Inc. | | None | J | T | | | | | |
| 270. - DTE Energy Co. | A | Dividend | J | T | | | | | |
| 271. - Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 272. - Encompass Health Corp. | A | Dividend | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - Entergy Corp. | A | Dividend | J | T | | | | | |
| 274.  - Equity Commonwealth | | None | J | T | | | | | |
| 275.  - Evergy Inc. | A | Dividend | J | T | | | | | |
| 276.  - Exelon Corp. | A | Dividend | J | T | | | | | |
| 277.  - Flowers Foods Inc. | A | Dividend | J | T | | | | | |
| 278.  - Gaming and Leisure Properties | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 279.  - General Mills Inc. | A | Dividend | J | T | | | | | |
| 280.  - Globe Life Inc. | A | Dividend | J | T | | | | | |
| 281.  - Henry Schein Inc. | | None | J | T | | | | | |
| 282.  - Hershey Co. | A | Dividend | J | T | | | | | |
| 283.  - Hill-Rom Holdings | A | Dividend | J | T | | | | | |
| 284.  - H & R Block | A | Dividend | J | T | | | | | |
| 285.  - Humana Inc. | A | Dividend | | | Sold | 09/08/20 | J | A | |
| 286.  - Ingredion Corp. | A | Dividend | J | T | | | | | |
| 287.  - JM Smucker Co. | A | Dividend | J | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 288.  - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 289.  - Kelleogg Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 291.  - Laboratory Corp of America | | None | J | T | | | | | |
| 292.  - Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 293.  - Leidos Holdings Inc. | A | Dividend | J | T | Sold (part) | 05/29/20 | J | A | |
| 294.  - McCormick & Co. | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 295.  - McKesson Corp. | A | Dividend | J | T | | | | | |
| 296.  - MDU Resources Group | A | Dividend | J | T | | | | | |
| 297.  - Medical Properties Trust | A | Dividend | | | Sold | 05/29/20 | J | A | |
| 298.  - Merck & Co. | A | Dividend | J | T | | | | | |
| 299.  - MFA Financial | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 300.  - MGIC Investment Corp. | A | Dividend | J | T | | | | | |
| 301.  -- National Fuel Gas Co. | A | Dividend | J | T | | | | | |
| 302.  - New Residential | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 303.  - New York Community Bancorp | A | Dividend | J | T | | | | | |
| 304.  - OGE Energy Corp | A | Dividend | J | T | | | | | |
| 305.  - Park Hotels & Resorts | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 306.  - PepsiCo Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 308.  - Philip Morris | A | Dividend | J | T | | | | | |
| 309.  - Premier Inc. | | None | J | T | | | | | |
| 310.  - Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 311.  - Public Service Enterprise Grp | A | Dividend | J | T | | | | | |
| 312.  - Quest Diagnostics | A | Dividend | J | T | | | | | |
| 313.  - Reinsurance Group of America | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 314.  - Reliance Steel & Aluminum | A | Dividend | | | Sold | 05/29/20 | J | A | |
| 315.  - Service Properties Trust | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 316.  - Silgan Holdings | A | Dividend | J | T | | | | | |
| 317.  - Southern Corp. | A | Dividend | J | T | | | | | |
| 318.  - Two Harbors | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 319.  - Tyson Foods Inc. | A | Dividend | J | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 320.  - Universal Health Services | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 321.  - Unum Group | A | Dividend | J | T | | | | | |
| 322.  - Varian Medical Systems | | None | J | T | | | | | |
| 323.  - VEREIT Inc. | A | Dividend | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Verizon Communications | A | Dividend | J | T | | | | | |
| 325.  - Wyndham Destinations | A | Dividend | J | T | | | | | |
| 326.  - Xcel Energy | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 327.  - Zoetis Inc. | A | Dividend | J | T | | | | | |
| 328.  - Allegion PLC | A | Dividend | | | Sold | 10/14/20 | J | A | |
| 329.  - Genpact Ltd. | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 330.  - Pentair PLC | A | Dividend | | | Sold | 11/24/20 | J | | |
| 331.  - Perrigo Co Ltd | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 332.  - Black Rock Enhanced Global Div | A | Dividend | J | T | | | | | |
| 333.  - Black Rock Enhanced Intl Div | A | Dividend | J | T | | | | | |
| 334.  - Clough Global Opportunities | A | Dividend | J | T | | | | | |
| 335.  - Amdocs Ltd. | A | Dividend | J | T | | | | | |
| 336.  - Arch Capital Group | | None | J | T | | | | | |
| 337.  - Bunge Ltd. | A | Dividend | J | T | | | | | |
| 338.  - Jazz Pharmaceuticals PLC | | None | J | T | | | | | |
| 339.  - Popular Inc. | A | Dividend | J | T | | | | | |
| 340.  - RenaissanceRe Holdings Ltd | A | Dividend | | | Sold | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - ABB Ltd ADR | A | Dividend | J | T | | | | | |
| 342.  - Allianz SE | A | Dividend | J | T | | | | | |
| 343.  - ASE Technology | | None | J | T | | | | | |
| 344.  - Astrazeneca ADR | A | Dividend | | | Sold | 01/14/20 | J | A | |
| 345.  - BAE Systems | A | Dividend | J | T | | | | | |
| 346.  - BCE Inc. | A | Dividend | J | T | | | | | |
| 347.  - BNP Paribas | A | Dividend | J | T | | | | | |
| 348.  - BOC Hong Kong | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 349.  - British American Tobacco | A | Dividend | J | T | | | | | |
| 350.  - China Petroleum | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 351.  - Cie Generale des Establissements | A | Dividend | J | T | | | | | |
| 352.  - Deutsche Telecom | A | Dividend | J | T | | | | | |
| 353.  - Diageo ADR | A | Dividend | J | T | | | | | |
| 354.  - Engie SA | A | Dividend | | | Sold | 04/14/20 | J | A | |
| 355.  - GlaxoSmithKline | A | Dividend | | | Sold | 12/21/20 | J | A | |
| 356.  - HSBC Holdings | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 357.  - Iberdrola SA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  - Imperial Brands | A | Dividend | J | T | | | | | |
| 359.  - Lloyds Banking | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 360.  - Manulife Financial | A | Dividend | J | T | | | | | |
| 361.  - MMC Norlisk Nickel | A | Dividend | J | T | | | | | |
| 362.  - Muenchener Reukversicherungs | A | Dividend | J | T | | | | | |
| 363.  - Nestle SA Spon ADR | A | Dividend | J | T | | | | | |
| 364.  - Nippon Tel & Tel | A | Dividend | J | T | | | | | |
| 365.  - NN Group NV | A | Dividend | J | T | | | | | |
| 366.  - Novartis AG ADR | A | Dividend | J | T | | | | | |
| 367.  - Orkla ASA | A | Dividend | J | T | | | | | |
| 368.  - Roche Holdings | A | Dividend | J | T | | | | | |
| 369.  - Royal Dutch Shell | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 370.  - Sanofi - Aventis | A | Dividend | J | T | | | | | |
| 371.  - Siemens AG ADR | A | Dividend | J | T | | | | | |
| 372.  - Singapore Telecommunications | A | Dividend | J | T | Buy<br>(add'l) | 04/17/20 | J | | |
| 373.  - Smiths Group PLC | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 374.  - Smurfit Kappa Group | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - Sonic Healthcare Ltd. | A | Dividend | J | T | | | | | |
| 376.  - Telefonica Brasil | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 377.  - Total ADR Each Rep | A | Dividend | J | T | | | | | |
| 378.  - Toyota Motor | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 379.  - UBS Group | A | Dividend | J | T | | | | | |
| 380.  - Unilever NV | A | Dividend | J | T | | | | | |
| 381.  - United Overseas Bank | A | Dividend | J | T | | | | | |
| 382.  - UPM-Kymmene Oyj | | None | J | T | | | | | |
| 383.  - Zurich Insurance Group | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 384.  - Alliance Bernstein Glo Hi Income | A | Dividend | J | T | | | | | |
| 385.  - Apollo Tactical Income | A | Dividend | J | T | | | | | |
| 386.  - Ares Dynamic Credit Allocation | A | Dividend | J | T | | | | | |
| 387.  - Black Rock Core Bond Trust | A | Dividend | J | T | | | | | |
| 388.  - Black Rock Corporate HI Yield | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 389.  - Blackrock Floating Rate | A | Dividend | J | T | | | | | |
| 390.  - Boulder Growth & Income | A | Dividend | J | T | | | | | |
| 391.  - Cohen & Steers REIT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.   - Eaton Vance Floating Rate | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 393.   - Eaton Vance Ltd Duration | A | Dividend | J | T | | | | | |
| 394.   - Eaton Vance Senior Floating Rate | A | Dividend | | | Sold | 07/08/20 | J | A | |
| 395.   - First Trust High Income | A | Dividend | J | T | | | | | |
| 396.   - First Trust Interm Duration | A | Dividend | J | T | | | | | |
| 397.   - MFS Charter Income | A | Dividend | J | T | | | | | |
| 398.   - MFS Intermed Income | A | Dividend | J | T | | | | | |
| 399.   - MFS Multimarket Income | A | Dividend | J | T | | | | | |
| 400.   - Nuveen Credit Strategies | A | Dividend | J | T | | | | | |
| 401.   - Nuveen Floating Rate | A | Dividend | J | T | | | | | |
| 402.   - Nuveen Global High Income | A | Dividend | J | T | | | | | |
| 403.   - Nuveen Pref and Income Opp | A | Dividend | J | T | | | | | |
| 404.   - Templeton Global | A | Dividend | J | T | | | | | |
| 405.   - Voya Prime Rate Trust Shs | A | Dividend | J | T | | | | | |
| 406.   - Wells Fargo Income Opp | A | Dividend | J | T | | | | | |
| 407.   - Western Asset Emerging Markets Debt | A | Dividend | J | T | | | | | |
| 408.   - Western Asset Global Corporate | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Western Asset Global High Income | A | Dividend | J | T | | | | | |
| 410. - Western Asset High Yield | A | Dividend | J | T | | | | | |
| 411. - Western Asset High Income II | A | Dividend | J | T | | | | | |
| 412. - Western Asset High Income Opp | A | Dividend | J | T | | | | | |
| 413. - Western Income Inflation-Linked Opp | A | Dividend | J | T | | | | | |
| 414. - Anheuser Busch InBev 4.75% | A | Interest | J | T | | | | | |
| 415. - Apple Inc. 1.55% Feb 2020 | A | Interest | | | Matured | 02/07/20 | J | A | |
| 416. - Astrazeneca PLC 2.375% | A | Interest | | | Matured | 11/16/20 | J | A | |
| 417. - AT&T Inc. 3.875% | A | Interest | | | Redeemed | 06/29/20 | J | A | |
| 418. - Bank of America Corp 3.3% | A | Interest | J | T | | | | | |
| 419. - Berkshire Hatahaway Finance 4.25% | A | Interest | J | T | | | | | |
| 420. - Chevron Corp. 2.355% | A | Interest | J | T | | | | | |
| 421. - Cisco Systems 3.625% | A | Interest | J | T | | | | | |
| 422. - Citigroup Inc. 3.75% | A | Interest | J | T | | | | | |
| 423. - Coca Cola Co. 3.2% | A | Interest | J | T | | | | | |
| 424. - ConocoPhillips 6.95% | A | Interest | J | T | | | | | |
| 425. - Enterprise Products Operating 3.125% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.   - Comcast Corp 3.15% | A | Interest | J | T | | | | | |
| 427.   - Exxon Mobil Cpr. 3.043% | A | Interest | J | T | | | | | |
| 428.   - Gliead Sciences 2.95% | A | Interest | J | T | | | | | |
| 429.   - Goldman Sachs 3.5% | A | Interest | J | T | | | | | |
| 430.   - Intel Corp 2.7% | A | Interest | J | T | | | | | |
| 431.   - IBM Corp 3.625% | A | Interest | J | T | | | | | |
| 432.   - JP Morgan Chase 3.125% | A | Interest | J | T | | | | | |
| 433.   - Lowe's Cos. 2.5% | A | Interest | J | T | | | | | |
| 434.   - Lowe's Cos. 3.12% | A | Interest | J | T | | | | | |
| 435.   - Microsoft Corp 3.3% | A | Interest | J | T | | | | | |
| 436.   - Morgan Stanley 2.125% | A | Interest | J | T | | | | | |
| 437.   - Northrup Grumman 3.25% | A | Interest | J | T | | | | | |
| 438.   - PepsiCo Inc. 2.375% | A | Interest | J | T | | | | | |
| 439.   - Pfizer Inc. 3% | A | Interest | J | T | | | | | |
| 440.   - Shell Intl 3.25% | A | Interest | J | T | | | | | |
| 441.   - TCI Comm 7.875% | A | Interest | J | T | | | | | |
| 442.   - TWDC Enterprises 18 Corp 2.75% | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. - Walmart Inc. 5.875% | A | Interest | J | T | | | | | |
| 444. - Wells Fargo 2.15% | A | Interest | | | Matured | 01/30/20 | J | A | |
| 445. - BHP Billiton 3.85% | A | Interest | J | T | | | | | |
| 446. - BP Capital Markets 3.245% | A | Interest | J | T | | | | | |
| 447. - Government Fund SEOXX | A | Interest | J | T | | | | | |
| 448. - II-IV Inc. | | None | J | T | Buy | 01/07/20 | J | | |
| 449. - Plantronics | | None | | | Buy | 01/07/20 | J | | |
| 450. | | | | | Sold | 07/08/20 | J | A | |
| 451. - Nordson Corp | A | Dividend | J | T | Buy | 01/23/20 | J | | |
| 452. - Wells Fargo 2.6% Jul 2020 | A | Interest | | | Buy | 02/04/20 | J | | |
| 453. | | | | | Matured | 07/22/20 | J | A | |
| 454. - Okta Inc. | | None | | | Buy | 02/04/20 | J | | |
| 455. | | | | | Sold | 07/08/20 | J | A | |
| 456. - US Pref Stock ETF | A | Int./Div. | J | T | Buy | 02/12/20 | J | | |
| 457. - ConAgra Foods Inc. | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 458. - Apple Inc. 2% Nov 2020 | A | Interest | | | Buy | 02/18/20 | J | | |
| 459. | | | | | Matured | 11/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.   - Carvana Co | | None | | | Buy | 02/20/20 | J | | |
| 461. | | | | | Sold | 09/16/20 | J | A | |
| 462.   - World Wrestling Entertainment | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 463.   - Softbank Corp | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 464.   - Zillow Group Inc | | None | J | T | Buy | 04/28/20 | J | | |
| 465.   - Berkshire Hathaway 4.25% Jan 2021 | A | Interest | J | T | Buy | 05/14/20 | J | | |
| 466.   - Enel SpA | A | Dividend | J | T | Buy | 05/27/20 | J | | |
| 467.   - Agios Pharma | | None | J | T | Buy | 05/28/20 | J | | |
| 468.   - Sangamo Thera | | None | J | T | Buy | 05/28/20 | J | | |
| 469.   - Casey's General Stores Inc. | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 470.   - Walgreens Boots | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 471.   - Kroger Co | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 472.   - Mylan NV | | None | J | T | Buy | 05/29/20 | J | | |
| 473.   - Otis Worldwide | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 474.   - Carrier Global Corp. | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 475.   - Bluebird Bio Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 476.   - Alkermes PLC | | None | J | T | Buy | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  - RealReal Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 478.  - Kemper Corp | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 479.  - iRobot Corp. | | None | J | T | Buy | 07/08/20 | J | | |
| 480.  - AT&T Inc. 4.3% Feb 2030 | A | Interest | J | T | Buy | 07/16/20 | J | | |
| 481. | A | Interest | J | S | Buy<br>(add'l) | 07/30/20 | J | | |
| 482.  - Apple Inc. 1.65% May 2030 | A | Interest | J | T | Buy | 07/16/20 | J | | |
| 483. | A | Interest | J | T | Buy<br>(add'l) | 11/19/20 | J | | |
| 484.  - Vale SA | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 485.  - EQT Corp. | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 486.  - CommScope | | None | J | T | Buy | 08/19/20 | J | | |
| 487.  - Groupon Inc. | | None | | | Buy | 08/19/20 | J | | |
| 488. | | | | | Sold | 09/29/20 | J | A | |
| 489.  - Athene Holding Ltd | | None | J | T | Buy | 08/19/20 | J | | |
| 490.  - Columbia Sportswear Co | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 491.  - Textron Inc. | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 492.  - Western Union | A | Dividend | J | T | Buy | 09/08/20 | J | | |
| 493.  - Elanco Animal Health | | None | J | T | Buy | 09/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. - General Motors 4.2% Nov 2021 | A | Interest | J | T | Buy | 09/14/20 | J | | |
| 495. | A | Interest | J | T | Buy<br>(add'l) | 12/02/20 | J | | |
| 496. - Adaptive Biotech | | None | J | T | Buy | 09/16/20 | J | | |
| 497. - Landstar System | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 498. - Voya Financial | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 499. - Alaska Air Group | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 500. - Acadia Pharma | | None | J | T | Buy | 11/24/20 | J | | |
| 501. - Five9 Inc. | | None | J | T | Buy | 11/24/20 | J | | |
| 502. - Steel Dynamics | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 503. - Ultragenyx Pharma | | None | J | T | Buy | 11/24/20 | J | | |
| 504. - Sage Therapeutics | | None | J | T | Buy | 11/24/20 | J | | |
| 505. - Catalent Inc. | | None | J | T | Buy | 12/02/20 | J | | |
| 506. - Proctor & Gamble | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 507. - T Mobile | | None | J | T | Buy | 12/02/20 | J | | |
| 508. - Svenska Handelsbanken | | None | J | T | Buy | 12/04/20 | J | | |
| 509. - Big Commerce Holdings | | None | J | T | Buy | 12/09/20 | J | | |
| 510. - Rite Aid Corp | | None | J | T | Buy | 12/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  - Editas Medicine | | None | J | T | Buy | 12/09/20 | J | | |
| 512.  - Cie de Saint-Gobain | | None | J | T | Buy | 12/21/20 | J | | |
| 513.  - Albemarle Corp. | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 514.  - Arena Pharma | | None | J | T | Buy | 07/08/20 | J | | |
| 515.  - BAE Systems PLC | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 516.  - Bank OZK | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 517.  - Bright Horizons | | None | J | T | Buy | 05/29/20 | J | | |
| 518.  - Brookfield Real Assets | A | Int./Div. | J | T | Buy | 07/16/20 | J | | |
| 519.  - Bruker Corp. | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 520.  - Cardlytics Inc. | | None | J | T | Buy | 07/16/20 | J | | |
| 521.  - Charles River Labs | | None | J | T | Buy | 07/08/20 | J | | |
| 522.  - Conagra Brands | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 523.  - Deutsche Post | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 524.  - Evercore Inc. | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 525.  - Evolent Health Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 526.  - IAA Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 527.  - Innovative Industrial Properties | A | Dividend | J | T | Buy | 07/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  - Inphi Corp. | | None | J | T | Buy | 05/22/20 | J | | |
| 529.  - Liberty Media | | None | J | T | Buy | 07/08/20 | J | | |
| 530.  - MDC Holdings | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 531.  - OneMain Holdings | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 532.  - Ollie's Bargain Outlet | | None | J | T | Buy | 07/08/20 | J | | |
| 533.  - PAR Technology | | None | J | T | Buy | 02/13/20 | J | | |
| 534.  - PDC Energy Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 535.  - Persimmon PLC | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 536.  - QTS Realty Trust | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 537.  - Redfin Corp | | None | J | T | Buy | 02/20/20 | J | | |
| 538.  - Rexford Industrial Realty | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 539.  - Reynolds Consumer | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 540.  - Toyota Motor Corp. | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 541.  - Trupanion Inc. | | None | J | T | Buy | 07/08/20 | J | | |
| 542.  - United Therapeutics | | None | J | T | Buy | 07/08/20 | J | | |
| 543.  - US Foods | | None | J | T | Buy | 05/22/20 | J | | |
| 544.  - Viatris Inc. | | None | J | T | Buy | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.   - Woodward Inc. | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 546.  New York State 529 College Savings Plan #1 (header) | | | | | | | | | |
| 547.   - JP Morgan Agressive Age-Based Portfolio | A | Int./Div. | K | T | Buy (add'l) | 12/15/20 | J | | |
| 548.  New York State 529 College Savings Plan #2 (header) | | | | | | | | | |
| 549.   - JP Morgan Moderate Age-Based Portfolio | A | Int./Div. | K | T | Buy (add'l) | 08/04/20 | J | | |
| 550.  Nationwide Universal Life (Header) | | | | | | | | | |
| 551.   - Fixed Interest Strategy | A | Interest | J | T | | | | | |
| 552.   - 1-Yr. S&P 500 Pnt to Pnt | A | Dividend | J | T | | | | | |
| 553. | | | | | | | | | |
| 554. | | | | | | | | | |
| 555. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 07/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christian F. Hummel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544